JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 9 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___F. Supp. 2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT   DIV. C.A.#**

ALABAMA MIDDLE
    ALM    2   04-711         Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

ALABAMA SOUTHERN
    ALS    1   04-463         Nancy Coleman, et al. v. Pfizer, Inc., et al.

FLORIDA SOUTHERN
    FLS    1   04-22228       Ana Medero, et al. v. Pfizer, Inc., et al.

ILLINOIS NORTHERN
    ILN    1   04-4467        Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

LOUISIANA EASTERN
    LAE    2   04-1735        Linda Rizzo v. Pfizer, Inc.
    LAE    2   04-2087        Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
    LAE    2   04-2509        Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

MISSOURI EASTERN
    ~~MOE    4   04-982~~        ~~Elizabeth Judy v. Pfizer, Inc., et al.~~  Vacated 12/1/04

MISSISSIPPI NORTHERN
    ~~MSN    2   04-255~~        ~~Mary Cooper, et al. v. Pfizer, Inc.~~  Opposed 12/1/04
    ~~MSN    4   04-275~~        ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~  Opposed 12/1/04

NEW JERSEY
    NJ     2   04-4236        Steven Kail, et al. v. Pfizer, Inc., et al.
    NJ     2   04-4497        International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
    NJ     2   04-4593        Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

OKLAHOMA EASTERN
    OKE    6   04-375         Jerry Hollaway, et al. v. Pfizer, Inc., et al.

TENNESSEE EASTERN
    TNE    2   04-337         Bauda V.L. Sutton v. Pfizer, Inc., et al.

TEXAS EASTERN
    ~~TXE    2   04-309~~        ~~Linda Barker v. Pfizer, Inc., et al.~~  Opposed 12/7/04

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:04-cv-04497-JAP-MCA

04cv12622 PBS

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND v. PFIZER INC et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 09/17/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND
*individually and on behalf of all others similarly situated*

represented by CHRISTOPHER A. SEEGER
SEEGER WEISS, LLP
550 BROAD STREET
NEWARK, NJ 07102
(973) 639-9100
Email: cseeger@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

PFIZER INC

represented by RICHARD G. PLACEY
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

WARNER-LAMBERT COMPANY

represented by RICHARD G. PLACEY
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2004 | 1 | COMPLAINT against PFIZER INC, WARNER-LAMBERT COMPANY ( Filing fee $ 150 receipt number 326170.) JURY DEMAND, filed by INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND. (Attachments: # 1 COMPLAINT PART II)(ji, ) (Entered: 09/20/2004) |
| 09/20/2004 | | Summons Issued as to PFIZER INC, WARNER-LAMBERT |

| | | |
|---|---|---|
| | | COMPANY.Days Due - 20 (MAILED TO COUNSEL). (ji, ) (Entered: 09/20/2004) |
| 09/29/2004 | 2 | AFFIDAVIT of Service for Affidavit of Service served on Pfizer, Inc. on September 23, 2004, filed by INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND. (SEEGER, CHRISTOPHER) (Entered: 09/29/2004) |
| 09/29/2004 | 3 | AFFIDAVIT of Service for Affidavit of Service served on Warner-Lambert Company on September 23, 2004, filed by INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND. (SEEGER, CHRISTOPHER) (Entered: 09/29/2004) |
| 09/29/2004 | | Answer Due 10/13/04 as to defts Pfizer and Warner-Lambert Co. (jd, ) (Entered: 09/29/2004) |
| 09/29/2004 | 4 | MOTION for Admission pro hac vice as to Seth A. Katz and Matthew J. Mairorana by INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND. (Attachments: # 1 certification of Christopher A. Seeger# 2 certification of Seth A. Katz# 3 certification of Matthew J. Maiorana# 4 proposed order)(jd, ) (Entered: 09/30/2004) |
| 09/30/2004 | | Se Deadlines as to 4 MOTION for Pro Hac Vice Admission. Motion Hearing set for 10/25/2004 before Judge Joel A. Pisano. (Please be advised that this motion will be decided on the papers unless otherwise notified by the court) (jd, ) (Entered: 09/30/2004) |
| 10/22/2004 | 5 | NOTICE of Appearance by RICHARD G. PLACEY on behalf of all defendants (PLACEY, RICHARD) (Entered: 10/22/2004) |
| 10/25/2004 | 6 | Consent ORDER staying proceedings pending transfer to MDL, etc.. Signed by Judge Madeline C. Arleo on 10/13/04. (jd, ) (Entered: 10/25/2004) |
| 10/29/2004 | 7 | ORDER granting 4 Motion for Admission Pro Hac Vice as to Seth A. Katz and Matthew J. Maiorano . Signed by Judge Madeline C. Arleo on 10/29/04. (jd, ) (Entered: 11/01/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2004 16:05:45 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-04497-JAP-MCA Start date: 1/1/1970 End date: 12/14/2004 |
| Billable Pages: | 2 | Cost: | 0.14 |