UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
50 WALNUT STREET
NEWARK, NEW JERSEY 07101

WILLIAM T. WALSH
Clerk

CAMDEN OFFICE
1 JOHN F. GERRY PLAZA
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

OFFICE OF THE CLERK
USDC for the DISTRICT
of MASSACHUSETTS
UNITED STATES COURTHOUSE
1 Courthouse Way
Boston, MA 02210

REPLY TO: NEWARK
Date: 12/22/04

Re: INTERNATIONAL UNION of OP. ENG V PFIZER, INC., ETAL
Civil Docket No. 04-4497    MA # 1:04cv12622 PBS

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the MDL Order of 12/21/04. Also enclosed is a Certified Copy of the Docket Sheet. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: Jane DelleMonache
Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _[signature]_    DATE: 1/4/05

YOUR CIVIL DOCKET NUMBER: 04cv12622 PBS

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:04-cv-04497-JAP-MCA

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND v. PFIZER INC et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 09/17/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND**
*individually and on behalf of all others similarly situated*

represented by **CHRISTOPHER A. SEEGER**
SEEGER WEISS, LLP
550 BROAD STREET
NEWARK, NJ 07102
(973) 639-9100
Email: cseeger@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFIZER INC**

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

CM/ECF LIVE - U.S. District Court for the District of New ...    https://ecf.njd.uscourts.gov/cgi-bin/DktRpt.pl?5209908686...

Case 1:04-cv-12622-PBS    Document 9-2    Filed 12/27/2004    Page 2 of 3

**WARNER-LAMBERT COMPANY**   represented by   **RICHARD G. PLACEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2004 | 1 | COMPLAINT against PFIZER INC, WARNER-LAMBERT COMPANY ( Filing fee $ 150 receipt number 326170.) JURY DEMAND, filed by INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND. (Attachments: # 1 COMPLAINT PART II)(ji, ) (Entered: 09/20/2004) |
| 09/20/2004 |  | Summons Issued as to PFIZER INC, WARNER-LAMBERT COMPANY.Days Due - 20 (MAILED TO COUNSEL). (ji, ) (Entered: 09/20/2004) |
| 09/29/2004 | 2 | AFFIDAVIT of Service for Affidavit of Service served on Pfizer, Inc. on September 23, 2004, filed by INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND. (SEEGER, CHRISTOPHER) (Entered: 09/29/2004) |
| 09/29/2004 | 3 | AFFIDAVIT of Service for Affidavit of Service served on Warner-Lambert Company on September 23, 2004, filed by INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND. (SEEGER, CHRISTOPHER) (Entered: 09/29/2004) |
| 09/29/2004 |  | Answer Due 10/13/04 as to defts Pfizer and Warner-Lambert Co. (jd, ) (Entered: 09/29/2004) |
| 09/29/2004 | 4 | MOTION for Admission pro hac vice as to Seth A. Katz and Matthew J. Mairorana by INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO 68 WELFARE FUND. (Attachments: # 1 certification of Christopher A. Seeger# 2 certification of Seth A. Katz# 3 certification of Matthew J. Maiorana# 4 proposed order)(jd, ) (Entered: 09/30/2004) |
| 09/30/2004 |  | Se Deadlines as to 4 MOTION for Pro Hac Vice Admission. Motion Hearing set for 10/25/2004 before Judge Joel A. |

|  |  |  |
|---|---|---|
|  |  | Pisano. (Please be advised that this motion will be decided on the papers unless otherwise notified by the court) (jd, ) (Entered: 09/30/2004) |
| 10/22/2004 | [5](#) | NOTICE of Appearance by RICHARD G. PLACEY on behalf of all defendants (PLACEY, RICHARD) (Entered: 10/22/2004) |
| 10/25/2004 | [6](#) | Consent ORDER staying proceedings pending transfer to MDL, etc.. Signed by Judge Madeline C. Arleo on 10/13/04. (jd, ) (Entered: 10/25/2004) |
| 10/29/2004 | [7](#) | ORDER granting [4](#) Motion for Admission Pro Hac Vice as to Seth A. Katz and Matthew J. Maiorano . Signed by Judge Madeline C. Arleo on 10/29/04. (jd, ) (Entered: 11/01/2004) |
| 12/21/2004 | [8](#) | Certified Copy of MDL Order transferring case to District of Massachusetts; (jd, ) (Entered: 12/22/2004) |
| 12/22/2004 |  | ***Civil Case Terminated. (jd, ) (Entered: 12/22/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/04/2005 11:04:21 | | | |
| **PACER Login:** | us2510 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-04497-JAP-MCA Start date: 1/1/1970 End date: 1/4/2005 |
| **Billable Pages:** | 2 | **Cost:** | 0.14 |